_____

| | |
|---|---|
| JAMES G. CORRIVEAU, | Civil No. 10-3933 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF ANOKA, MINNESOTA, JP MORGAN CHASE BANK, N.A., | |
| Defendants, | |

_____

Christine Swanson, Patrick Kelly, **KELLY & LEMMONS, PA,** 7300 Hudson Boulevard. Suite 200, St Paul, MN 55128; Christopher Parrington, Ryan Myers, **SKJOLD BARTHEL, PA,** 222 South Ninth Street, Suite 3220, Minneapolis, MN 55402, for plaintiff.

Jessica Schwie and Pierre Regnier, **JARDINE LOGAN & O'BRIEN PLLP,** 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042, for Defendant City of Anoka, Minnesota.

Steven Opheim, Joseph Dudley, and Mark Thompson, **DUDLEY & SMITH, PA,** 101 East Fifth Street, Suite 2602, St Paul, MN 55101

This matter is before the Court on the motion for a Temporary Restraining Order filed by plaintiff on November 1, 2010 [Docket No 42].

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion [Docket No.42] is **DENIED**. Parties will reconvene November 4, 2010 at 10:00 am.

DATED: November 1, 2010
at Minneapolis, Minnesota.

        s/John R. Tunheim        
JOHN R. TUNHEIM
United States District Judge