UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James G. Corriveau, | Civil 10-3933 SRN/FLN |
| Plaintiff, | |
| v. | O R D E R |
| City of Anoka, JPMorgan Chase Bank, N.A., Mark S. Freeburg, Raymond W. Fuglie, Roger A. Wiley, Bruce R. Wahlberg, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 2, 2013, all the files and records, and no objections having been filed to said Report and Recommendation in the time period permitted,

**IT IS HEREBY ORDERED** that the above referenced action is DISMISSED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 18, 2013.        s/Susan Richard Nelson
at St. Paul, Minnesota           SUSAN RICHARD NELSON
                                           United States District Judge